**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RICHARD POTTS,                    :
                                  :
Plaintiff,                        :
                                  :     CIVIL ACTION NO. 3:09-cv-1805
            v.                    :
                                  :     (JUDGE CAPUTO)
RONNIE HOLT, et al.,              :     (MAGISTRATE JUDGE CARLSON)
                                  :
Defendants                        :

## MEMORANDUM ORDER

Presently before the Court is Plaintiff's "Motion Filed Pursuant to Rule 201(d) Judicial

Notice of Adjudicative Facts." (Doc. 35.) The facts for which Plaintiff seeks to have this Court

take judicial notice are: 1) Plaintiff complained about the Bureau of Prisons ("B.O.P") in his

original complaint and that the staff of the B.O.P. has "circumvented" the administrative

remedy process, 2) plaintiff is "experiencing administrative remedy restraints," 3) the dates

on which he mailed documentation to various administrative agencies within the B.O.P., and

4) that Plaintiff did not receive a rejection of his administrative remedy until eleven days after

it was signed.

Federal Rule of Evidence 201(b) states that a fact can be subject to judicial notice if

it is "one not subject to reasonable dispute in that it is either (1) generally known within the

territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by

resort to sources whose accuracy cannot reasonably be questioned." Rule 201(d) requires

a court to take judicial notice "if requested by a party and supplied with the necessary

information."

Here, the facts for which Plaintiff seeks judicial notice are not appropriate pursuant to

Rule 201(b). They are subject to reasonable dispute, not generally known in this jurisdiction

and not capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Thus, this motion will be denied.

 **NOW**, this  9th  day of June, 2010, **IT IS HEREBY ORDERED THAT** Plaintiff's "Motion Filed Pursuant to Rule 201(d) Judicial Notice of Adjudicative Facts" (Doc. 35) is **DENIED**.

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge